```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD GONZALEZ,

                     Plaintiff,

-v-

PATIENTS MEDICAL, P.C., *et al.*

                     Defendants.

**ORDER**

24-CV-8239 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 25, 2025, Plaintiff filed an Amended Complaint. ECF No. 16. Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendants' deadline to respond to the Amended Complaint was October 9, 2025. To date, no response has been filed on the docket. The Court *sua sponte* extends the deadline to submit a response to **October 24, 2025**.

**SO ORDERED.**

Dated: October 10, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1