```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD GONZALEZ,

                Plaintiff,

-v-

PATIENTS MEDICAL, P.C., *et al.*

                Defendants.

**ORDER**

24-CV-8239 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 24, 2025, Defendants filed a Motion to Dismiss the Complaint. ECF No. 18. Pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's deadline to file an opposition brief was November 7, 2025. To date, no opposition brief has been filed on the docket. The Court *sua sponte* extends the deadline to submit an opposition brief to **November 24, 2025**.

**SO ORDERED.**

Dated: November 10, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge