**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

 EDWARD GONZALEZ,

                              Plaintiff,

            -against-                                          24 **CIVIL** 8239 (DEH)

                                                              <u>**JUDGMENT**</u>

PATIENTS MEDICAL, P.C. d/b/a
SURROGACY4ALL and INDIAN EGG
DONORS, DGA, INC. d/b/a SURROGACY4ALL
and INDIAN) EGG DONORS, RASHMI GULATI,
MD, and DEEPAK GULATI,

                              Defendants.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion & Order dated June 8, 2026, the motion to dismiss

pursuant to Rule 12(b)(1) is GRANTED. The case is DISMISSED; accordingly, the case is

closed.

**Dated:** New York, New York

         June 9, 2026

                                              **TAMMI M. HELLWIG**
                                          _____

                                               **Clerk of Court**


                                   **BY:**  _____
                                               **Deputy Clerk**